# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

CLIFFORD C. ABSHIRE, III

VERSUS

LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS

NO.  2019 CW 0350

AUG 1 9 2019

---

In Re:   Clifford  C.  Abshire,  III,  applying  for  supervisory
writs,  19th  Judicial  District  Court,  Parish  of  East
Baton Rouge, No. 649114.

---

**BEFORE:  McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT  DENIED.**  The  district  court  dismissed  relator's
petition  for  judicial  review,  which  ruling  was  affirmed  by  this
court.  See **Abshire v. Louisiana Dep't of Pub. Safety & Corr.**,
2017-0005  (La.  App.  1st  Cir.  9/15/17),  2017  WL  4082078
(unpublished),  writ denied,  2018-0048  (La.  1/8/19),  259  So.3d
1024.

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT